**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

TIFFANY SYKES, on behalf of herself and
all other plaintiffs similarly situated,

        Plaintiff,

    v.

LEGACY HEALTHCARE FINANCIAL
SERVICES, LLC; and ELMBROOK
SKILLED NURSING FACILITY. LLC,

        Defendants.

Case No. 1:21-cv-03190

Judge: Hon. Ronald A. Guzman

Magistrate Judge: Hon. Jeffrey Cole

**SUPPLEMENT TO PLAINTIFF'S UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Tiffany Sykes ("Plaintiff" or "Sykes") by and through her Attorneys, submit the following Supplement to Plaintiff's Unopposed Motion For Final Approval of Class Action Settlement as follows:

Pursuant to this Court's request, the Settlement Administrator on this matter reports that the estimated total due to the eighty-one undeliverable Class Members is $18,964.88. *See* Exhibit 1, ¶5. The average award to undeliverable class members is $234.13. Id.

Until the end of the check cashing period the Settlement Administrator will hold any checks to undeliverable class members in the event any undeliverable Class Member contacts the Administrator or Counsel with an updated address. Id¶6.

1

2

Dated: December 21, 2022

/s/ *John C. Kunze*
John C. Kunze
Kimberly A. Hilton
THE FISH LAW FIRM P.C.
200 E. 5th Ave Suite 123
Naperville, IL 60563
(630) 355-7590
kunze@fishlawfirm.com
khilson@fishlawfirm.com

*Counsel for Plaintiff Tiffany Sykes*