# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Tiffany Sykes

                Plaintiff,

v.                                         Case No.: 1:21−cv−03190

                                                              Honorable Ronald A. Guzman

Legacy Healthcare Financial Services, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 24, 2023:

      MINUTE entry before the Honorable Ronald A. Guzman: Plaintiff's unopposed motion for final approval of class action settlement [56] is granted for the reasons stated by the Court during the 12/20/2022 final approval hearing. Enter Final Judgment and Order of Dismissal with Prejudice. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.